UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
POOLAW, MICHELE L.
                    Debtor(s)

Case No. 09-16851
Chapter 7

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

COMES NOW, Ginger Goddard, duly appointed Trustee herein, and reports that all orders of the Court have been complied with and that pursuant to the Notice of Final Report, all checks have been issued and mailed to creditors at their last known addresses.

The following check(s) have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for these amounts in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER-CLAIMANT & ADDRESS | CHECK # | AMOUNT |
|---|---|---|
| 4- Chase Bank USA NA<br>P O Box 15145<br>Wilmington, DE 19850 | | $4.34 |
| 9- Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St Cloud MN 56303 | | $3.83 |
| 10-GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131 | | $.44 |
| TOTAL | 115 | $8.61 |

Respectfully submitted,

/s/ Ginger Goddard
Ginger Goddard, OBA # 3416
224 W. Gray St Suite 202
Norman, OK  73069
(405) 329-5297
TRUSTEE